IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs

v.

BIOVAIL LABORATORIES, INC.,
et al.,

    Defendants.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)

### SECOND OMNIBUS ORDER SETTING DISCOVERY TIME-TABLE AND SCHEDULING STATUS CONFERENCE

The following matters pending in these proceedings are hereby disposed of as follows.

**Protective Order Governing Confidential Information**

The Court having reviewed the motions submitted by the parties agrees with the arguments of defendants BIOVAIL LABORATORIES, INC. and BIOVAIL INTERNATIONAL, INC. regarding the scope of the protective order to be issued in these consolidated actions.[1]

---

[1] See Biovail's Memorandum... and Request for Protective Order Governing Disclosure of Information (docket No. **49**); Motion for Entry of a Protective Order Governing Confidential Information, filed by plaintiffs (docket No. **48**) and Biovail's Response... (docket No. **51**).




AO 72
(Rev 8/82)

CIVIL NO. 98-1282 (RLA)  
CIVIL NO. 98-1340 (RLA)  
CIVIL NO. 98-1494 (RLA)  
CIVIL NO. 98-1768 (RLA)  

Page 2

Accordingly, the Court has adopted the suggestions submitted by defendants[2] in the Protective Order Governing Confidential Information issued separately on this date.

### Defendants' Motion for Summary Judgment

The Court finds plaintiffs' petition to conduct discovery prior to responding to defendants' summary judgment request is justified.

Accordingly, Plaintiffs Bayer and Pfizer's Motion for Denial or Continuance of Defendant's Summary Judgment Motion Pursuant to Fed.R.Civ.P 56(f) (docket No. **46**) is **GRANTED**[3] and Biovail's Motion for Summary Judgment...[4] is **DENIED WITHOUT PREJUDICE**.

---

[2] In particular see ¶ 6 (information restricted to outside counsel); ¶ 7 (attorneys limited to three (3) for each party); and ¶ 8 (regarding scope of outside counsel limitation).

[3] Defendants' Motion for Enlargement of Time (docket No. **50**) is **GRANTED**. See also Biovail's Opposition to Plaintiffs' Motion for Denial or Continuance (docket No. **52**). Plaintiffs' Motion for Leave to File a Reply to Biovail's Opposition... (docket No. **54**) is **GRANTED**. See Biovail's Opposition to Plaintiffs' Motion for Leave (docket No. **55**). Plaintiffs' Motion to Strike Opposition.. (docket No. **57**) is **DENIED**; leave to file reply is **GRANTED**.

[4] See Notice of Service of Motion for Summary Judgment (docket No. **44**). Defendants' Request for Leave to File Motion for Summary Judgment (docket No. **53**) is **GRANTED**.

AO 72  
(Rev 8/82)

CIVIL NO. 98-1282 (RLA)  
CIVIL NO. 98-1340 (RLA)  
CIVIL NO. 98-1494 (RLA)  
CIVIL NO. 98-1768 (RLA)

Page 3

---

### Discovery Schedule

Discovery on the issue of infringement, both literal and under the doctrine of equivalents shall proceed as follows:[5]

| Date | Deadline |
|---|---|
| 10/15/99 | Deadline for parties to propound written discovery. |
| 10/30/99 | Deadline for plaintiffs to identify expert witnesses. |
| 11/30/99 | Deadline for defendants to identify expert witnesses. |
| 12/30/99 | Deadline for depositions of parties and fact witnesses. |
| 12/30/99 | Deadline for plaintiffs' expert witness reports. |
| 1/31/2000 | Deadline for defendants' expert witness reports. |
| 2/29/2000 | Deadline for depositions of expert witnesses. |

### Status Conference

The Court having disposed of all outstanding issues at this time finds that a meeting with the parties after the initial discovery has concluded will be more productive.[6]

---

[5] See Plaintiffs' Memorandum in Support of its Position Regarding the ISC Order (docket No. 47) and Biovail's Memorandum in Support of Biovail's Proposed Scheduling Order... (docket No. 49).

[6] Biovail's Urgent Motion Requesting a Status Conference (docket No. 56) and Biovail's Renewed Urgent Motion Requesting a Status Conference (docket No. 58) are **DENIED**. See Plaintiffs' Opposition... (docket No. 59).

CIVIL NO. 98-1282 (RLA)  
CIVIL NO. 98-1340 (RLA)  
CIVIL NO. 98-1494 (RLA)  
CIVIL NO. 98-1768 (RLA)                                    Page 4

---

Accordingly, a STATUS CONFERENCE is hereby set for **March 17, 2000, at 10:30 a.m.** The parties shall file a JOINT STATUS REPORT no later than **March 10, 2000** advising the Court of the status of discovery proceedings as well any matters that need to be addressed at that time.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17 day of September, 1999.

RAYMOND L. ACOSTA  
United States District Judge