RECEIVED & FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO  1999 NOV 18  AM 8 17

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

BAYER AG and BAYER CORP.

v.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)

BIOVAIL LABORATORIES, INC.,
et al.

# O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/25/99 | GRANTED. |
| Docket # 62 | |
| [X] Plff. BAYER | |
| Title: APPLICATION OF THOMAS A. STEVENS FOR LEAVE TO APPEAR *PRO HAC VICE* ON BEHALF OF PLAINTIFF BAYER AG AND BAYER CORPORATION | |

November 14, 1999          RAYMOND L. ACOSTA
    Date                    U.S. District Judge

Rec'd:          EOD:

By:       # 63