IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs               CIVIL NO. 98-1282 (RLA)
                             CIVIL NO. 98-1340 (RLA)
v.                          CIVIL NO. 98-1494 (RLA)
                             CIVIL NO. 98-1768 (RLA)
BIOVAIL LABORATORIES, INC.,
et al.,

    Defendants.

## THIRD OMNIBUS ORDER
## EXTENDING VARIOUS DISCOVERY DEADLINES

Plaintiffs' Unopposed Motion to Extend the Discovery Schedule and Discovery Plan, filed on December 14, 1999 (docket No. **64**) is **GRANTED**.

Accordingly, the following discovery deadlines originally set by the Court[1] are hereby extended:

**1/28/2000**     Deadline for depositions of parties and fact witnesses.

**1/28/99**       Deadline for plaintiffs' expert witness reports.

**2/29/2000**     Deadline for defendants' expert witness reports.

**3/15/2000**     Deadline for depositions of expert witnesses.

---

[1] See Second Omnibus Order... filed on September 20, 1999 (docket No. 61).

CIVIL NO. 98-1282 (RLA)  
CIVIL NO. 98-1340 (RLA)  
CIVIL NO. 98-1494 (RLA)  
CIVIL NO. 98-1768 (RLA)

Page 2

---

The STATUS CONFERENCE remains set for **March 17, 2000, at 10:30 a.m.** and the JOINT STATUS REPORT is due no later than **March 10, 2000.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20 day of December, 1999.

RAYMOND L. ACOSTA  
United States District Judge

AO 72  
(Rev 8/82)