IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs

v.

BIOVAIL LABORATORIES, INC., et al.,

    Defendants.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)

## FOURTH OMNIBUS ORDER
## EXTENDING VARIOUS DISCOVERY DEADLINES

The Stipulated Extension of the Discovery Schedule, filed on January 18, 2000 (docket No. **67**) is **GRANTED**.

Accordingly, the discovery deadlines previously set by the Court[1] are hereby extended as follows:

**2/4/2000**    Deadline for depositions of parties and fact witnesses.

**2/14/2000**    Deadline for plaintiffs' expert witness reports.

**3/10/2000**    Deadline for defendants' expert witness reports.

**3/31/2000**    Deadline for depositions of expert witnesses.

---

[1] See Third Omnibus Order... filed on December 21, 1999 (docket No. 65).

CIVIL NO. 98-1282 (RLA)                                      Page 2
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)

---

The STATUS CONFERENCE remains set for **March 17, 2000, at 10:30 a.m.** and the JOINT STATUS REPORT is due no later than **March 10, 2000.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21 day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge