IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs

v.

BIOVAIL LABORATORIES, INC.,
et al.,

    Defendants.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)

### FIFTH OMNIBUS ORDER

The following motions are hereby disposed of as set forth below:

| TITLE & MOVING PARTY | FILING DATE/ DOCKET NO. | DISPOSITION |
|---|---|---|
| Urgent Motion to Place under Seal Motion Entitled "Plaintiffs Bayer AG, Bayer Corporation and Pfizer Inc.'s Motion to Compel Document Inspection" **Filed by:** BAYER AG and BAYER CORP. and PFIZER INC. | 2/2/2000  # 72 | Leave to file under seal is **GRANTED**. |

AO 72
(Rev 8/82)

CIVIL NO. 98-1282 (RLA)  
CIVIL NO. 98-1340 (RLA)  
CIVIL NO. 98-1494 (RLA)  
CIVIL NO. 98-1768 (RLA)                                   Page 2

---

| Motion | Date | Ruling |
|---|---|---|
| Motion to Place under Seal Motion Entitled Motion for Letters Rogatory to the Judicial Authority in the Province of Ontario, Canada, Relating to Atlantic Chemicals & Pharmaceuticals, Inc. and Ortech Corporation<br><br>**Filed by:** BAYER AG and BAYER CORP. and PFIZER INC. | 2/4/2000<br><br># 73 | Leave to file <u>under seal</u> is **GRANTED.** |
| Motion to Place under Seal Motion Entitled Plaintiffs' Motion to Compel with Respect to Pfizer's First Set for Interrogatories to Biovail<br><br>**Filed by:** BAYER AG and BAYER CORP. and PFIZER INC. | 2/4/2000<br><br># 75 | Leave to file <u>under seal</u> is **GRANTED.** |
| Informative Motion Regarding Notice of Depositions [to be taken in Canada on 2/2-4/2000]<br><br>**Filed by:** BAYER AG and BAYER CORP. | 2/3/2000 | **NOTED** |

IT IS SO ORDERED.

San Juan, Puerto Rico, this 8 day of February, 2000.

RAYMOND L. ACOSTA  
United States District Judge