IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs

v.

BIOVAIL LABORATORIES, INC.,
et al.,

    Defendants.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)

## SIXTH OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as set forth below.

### STAY OF RULING

Plaintiffs... Request to Hold Ruling on Biovail's Request for Protective Order in Abeyance Pending Consideration of Plaintiff's Joint Opposition, filed on February 16, 2000 (docket No. 81) is **GRANTED**.

### FILING UNDER SEAL

The following motions requesting leave to file documents <u>under seal</u> are **GRANTED**:

| Filing Date | Docket Number | Title |
|---|---|---|
| 2/15/2000 | # 80 | Biovail's Motion Requesting Leave to File Documents Under Seal. |
| 2/22/2000 | # 82 | Motion to Place Under Seal Motion Entitled Plaintiffs... Submission of Supplementary Facts in Support of Motion to Compel.... |





AO 72
(Rev 8/82)

```
CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)
```
CIVIL NO. 98-1282 (RLA)  
CIVIL NO. 98-1340 (RLA)  
CIVIL NO. 98-1494 (RLA)  
CIVIL NO. 98-1768 (RLA)  

| Filing Date | Docket Number | Title |
|---|---|---|
| 2/29/2000 | # 87 | Motion to Place Under Seal Motion Entitled Motion for Leave to Reply to Biovail's Opposition to Motion for Letters Rogatory.... |

Due to the confidential nature of the information involved in these proceedings and the need to constantly submit materials <u>under seal</u> leave is hereby **GRANTED** for the parties to henceforth file documents <u>under seal</u> without the need to request prior authorization from the Court. Motions filed <u>under seal</u> shall be placed in an envelope identifying the movant as well as the title of the motion to allow for its proper docketing.

Because <u>sealed</u> documents are safeguarded at the Clerk's Office vault and not placed in the individual Court files, it is further ORDERED that only the original and **one copy** of all <u>sealed</u> documents need be filed.[1]

**REPLIES**

The following motions requesting leave to file a reply are **GRANTED**. Replies shall be filed **no later than March 15, 2000**.

| Filing Date | Docket Number | Title |
|---|---|---|
| 2/29/2000 | # 88 | Motion for Leave to Reply to Biovail's Opposition to Motion for Letters Rogatory.... |

---

[1] An additional copy may be served directly to the chambers of the undersigned.

```
CIVIL NO. 98-1282 (RLA)                                      Page 3
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)
```

| | | |
|---|---|---|
| 3/1/2000 | # 91 | Plaintiffs' Motion for Leave to File a Reply to Biovail's Opposition to Plaintiff's Motion to Compel With Respect to Pfizer's First Set of Interrogatories to Biovail. |

In order to expedite disposition of the issues presented in these proceedings, leave is hereby **GRANTED** for the parties to henceforth file replies - if warranted - without the need to seek prior authorization from the Court.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of March, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge