IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs

v.

BIOVAIL LABORATORIES, INC., et al.,

    Defendants.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)

## ORDER CONTINUING STATUS CONFERENCE

Given the outstanding discovery disputes the STATUS CONFERENCE set for March 17, 2000 is hereby **CONTINUED SINE DIE**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of March, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge