UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR 13 AM 7:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

BAYER AG, et al.

V.

BIOVAIL LABORATORIES, INC., et al.

CASE NUMBER: CIVIL 98-1282 (RLA)
CIVIL 98-1340 (RLA)
CIVIL 98-1494 (RLA)
CIVIL 98-1768 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 3/7/00  Docket # 95<br>[ ] Plffs    [X] Defts<br>[ ] Other<br><br>Title: Biovail's Request For Enlargement of Time to Oppose Plaintiffs' Motion | GRANTED. |

March 8, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:       EOD:

By: [signature]    # 99