IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs

v.

BIOVAIL LABORATORIES, INC., et al.,

    Defendants.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)

## SEVENTH OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as set forth below.

### ORDER FOR PLAINTIFFS TO SHOW CAUSE

The Court having reviewed the opinion issued in <u>Bayer AG and Bayer Corp. v. Elan Pharmaceutical Research Corp. and Elan Corp. PLC</u>, No. 99-1365 (Fed. Cir. May 12, 2000) submitted by plaintiffs herein[1] hereby ORDERS as follows.

Plaintiffs shall show cause, **no later than June 1, 2000** why the findings in the aforementioned opinion regarding: (1) literal infringement and (2) infringement under the doctrine of equivalents should not be determinative of the analogous claims asserted in this litigation.

---

[1] <u>See</u> Informative Motion, filed on May 15, 2000 (docket No. **122**).

CIVIL NO. 98-1282 (RLA)                                                Page 2
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)

---

Defendants shall respond thereto **on or before June 19, 2000**. A reply, if warranted, shall be filed **on or before June 30, 2000** and a sur-reply, if any, by **July 10, 2000**.

### OUTSTANDING DISCOVERY

It appearing that most, if not all, of the outstanding discovery disputes result from the parties' differing views regarding the appropriate claim construction in these proceedings[2] and given the possibility that this issue may be disposed of by preclusion principles, the discovery-related motions will be held in **ABEYANCE** pending resolution of the effect of the Elan litigation in these consolidated actions.

---

[2] Whether the SSA range literally recited in the '446 claims - e.g., 1.0 through 4 $m^2/g$ - applies to the nifedipine crystals as they exist within the "solid pharmaceutical composition", or whether the SSA limitation applies only to the starting nifedipine raw material **before** it is "granulated", mixed with pharmaceutically inactive ingredients, and compressed into the finished drug product, e.g., the tablet.

Bayer and Pfizer's Motion for Claim Construction ("Markman") Hearing, filed on March 9, 2000 (docket No. 97) at 4 (emphasis in original).

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)

Page 3

## MISCELLANEOUS

| TITLE & MOVING PARTY | FILING DATE/ DOCKET NO. | DISPOSITION |
|---|---|---|
| Motion to Place under Seal Motion Entitled "Bayer AG's, Bayer Corporation and Pfizer Inc.'s Motion to Compel Expert Report or to Exclude any Expert Testimony of Paul Maes"<br><br>**Filed by:** BAYER AG and BAYER CORP. and PFIZER INC. | 3/6/2000<br><br># 92 | Leave to file <u>under seal</u> is **GRANTED**. |
| Bayer AG's, Bayer Corporation and Pfizer Inc.'s Motion to Compel Expert Report or to Exclude any Expert Testimony of Paul Maes<br><br>**Filed by:** BAYER AG and BAYER CORP. and PFIZER INC. | 3/6/2000<br><br># 93 | **WITHDRAWN.** |
| Motion to Withdraw Plaintiffs' Motion to Compel Expert Report or to Exclude any Expert Testimony of Paul Maes Motion<br><br>**Filed by:** BAYER AG and BAYER CORP. and PFIZER INC. | 3/17/2000<br><br># 104 | **GRANTED.** |

AO 72
(Rev 8/82)

CIVIL NO. 98-1282 (RLA)  
CIVIL NO. 98-1340 (RLA)  
CIVIL NO. 98-1494 (RLA)  
CIVIL NO. 98-1768 (RLA)

Page 4

| TITLE & MOVING PARTY | FILING DATE/ DOCKET NO. | DISPOSITION |
|---|---|---|
| Joint Status Report **Filed by:** Joint | 3/13/2000 # 100 | **NOTED.** |
| Stipulated Extension of the Discovery Schedule **Filed by:** Joint | 3/23/2000 # 105 | **GRANTED.** |

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16Th day of May, 2000.

RAYMOND L. ACOSTA  
United States District Judge

AO 72  
(Rev 8/82)