IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs,

v.

BIOVAIL LABORATORIES, INC., et al.,

    Defendants.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)
CIVIL NO. 01-1205 (RLA)
CIVIL NO. 01-1206 (RLA)

## ORDER CONSOLIDATING CIVIL NOS. 01-1205 AND 01-1206

The Hon. Salvador E. Casellas and the Hon. Carmen C. Cerezo having consented thereto[1] and upon good cause having been shown, the Motions for Consent Pursuant to Local Rule 302.7 filed by plaintiffs (docket No. 2 in Civ. No. 01-1205 and docket No. 3 in Civ. No. 01-1206) are hereby **GRANTED**.

Accordingly, it is hereby ORDERED that counsel shall include the civil action numbers of all six (6) consolidated proceedings with the initials of the undersigned in the caption of all motions filed hereinafter or sanctions will be imposed upon them personally.

It is further ORDERED that all motions must identify the civil action number and/or specific parties to whom the document relates. Any documents which simply use the generic term, i.e., "plaintiff", "defendant", without specific reference to the name(s) and caption

---

[1] See docket No. 4 in Civ. No. 01-1205 and docket No. 5 in Civ. No. 01-1206.

CIVIL NO. 98-1282 (RLA)  
CIVIL NO. 98-1340 (RLA)  
CIVIL NO. 98-1494 (RLA)  
CIVIL NO. 98-1768 (RLA)  
CIVIL NO. 01-1205 (RLA)  
CIVIL NO. 01-1206 (RLA)  

Page 2

---

number will be stricken from the record and/or sanctions imposed upon counsel personally.

It is further ORDERED that **one copy** of all motions filed must accompany the original. In addition thereto, the parties may submit a courtesy copy for the undersigned.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 24th day of May, 2001.

RAYMOND L. ACOSTA  
United States District Judge

AO 72  
(Rev 8/82)