IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs,

v.

BIOVAIL LABORATORIES, INC., et al.,

    Defendants.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)
CIVIL NO. 01-1205 (RLA)
CIVIL NO. 01-1206 (RLA)

### ORDER STAYING PROCEEDINGS

Given the issues currently pending before the Court of Appeals for the Federal Circuit the proceedings in these consolidated actions are hereby **STAYED** until resolution of the two outstanding Elan appeals.[1]

IT IS SO ORDERED.

San Juan, Puerto Rico, this 2nd day of August, 2001.

RAYMOND L. ACOSTA
United States District Judge

---

[1] *Bayer AG v. Biovail Corp.* Appeal No. 01-1329 and *Bayer AG v. Elan Pharmaceutical Research Corp.* Appeal No. 01-1330.

AO 72
(Rev 8/82)