IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs,

    v.

BIOVAIL LABORATORIES, INC.,
et al.,

    Defendants.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)
CIVIL NO. 01-1205 (RLA)
CIVIL NO. 01-1206 (RLA)

## ORDER SCHEDULING STATUS CONFERENCE

Plaintiffs' Informative Motion on Reversal in Federal Circuit and Request for Status Conference, filed on February 27, 2002 is **GRANTED.**

Accordingly, a STATUS CONFERENCE is hereby scheduled for **March 26, 2002 at 10:00 a.m.**[1]

The parties shall file, **on or before March  18, 2002,** their respective suggestions on how to proceed in these consolidated actions.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 27 day of February, 2002.

_____
RAYMOND L. ACOSTA
United States District Judge

---

[1]  The parties are advised that our current address is: **U.S. Courthouse & Post Office Bldg., 3rd Floor, Suite 348, 300 Recinto Sur Street, San Juan, P.R.  00901** (tel. No. (787) 977-6070).