IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs,

v.

BIOVAIL LABORATORIES, INC.,
et al.,

    Defendants.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)
CIVIL NO. 01-1205 (RLA)
CIVIL NO. 01-1206 (RLA)

**ORDER GRANTING FURTHER STAY OF PROCEEDINGS
INSTRUCTING PARTIES TO FILE STATUS REPORT
AND VACATING STATUS CONFERENCE SETTING**

The court having reviewed the parties' respective proposals on how to proceed in these consolidated actions in view of the recent decision in <u>Bayer AG and Bayer Corp. v. Biovail Corp.</u>, 279 F.3d 1340 (Fed. Cir. 2002) hereby finds that judicial economy dictates that these proceedings be held in abeyance until a determination of the proper interpretation of Bayer's '446 patent claims have been decided in the cases currently pending in the Northern District of Georgia.

Accordingly, Defendants' Suggestion... filed on March 18, 2002 (docket No. **151**)[1] is hereby **GRANTED** and these proceedings are hereby **STAYED** until further order of this court.

---

[1]   See Plaintiffs Bayer A.G. Corporation and Pfizer Inc.'s Position on Further Proceedings... filed on March 18, 2002 (docket No. **150**).



**CIVIL NO. 98-1282 (RLA)**                                              **Page 2**

---

The parties shall file a STATUS REPORT **no later than October 1, 2002** advising the court of the status of the proceedings in the Northern District of Georgia.

In view of the foregoing, the Status Conference scheduled for March 26, 2002 at 10:00 a.m. is hereby **VACATED AND SET ASIDE.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21 day of March, 2002.

                        RAYMOND L. ACOSTA
                      United States District Judge