UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2003 JUL -7 PM 3:40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

BAYER AG, et al.

V.

BIOVAIL LABORATORIES, INC., et al.

CASE NUMBER: CIVIL 98-1282 (RLA)
CIVIL 98-1340 (RLA)
CIVIL 98-1494 (RLA)
CIVIL 98-1768 (RLA)
CIVIL 01-1205 (RLA)
CIVIL 01-1206 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 3/25/03  **Docket #** 157<br>[X] **Plffs**    [X] **Defts**<br>[ ] **Other**<br><br>**Title:** Joint Motion Informing Court of Settlement Negotiations and Request to Vacate Scheduling Order | NOTED. The discovery deadlines set in this Court's order of December 23, 2002 (docket No. 156), are hereby **VACATED**. Parties are granted until **July 31, 2003** to file status report on settlement negotiations. |

July 7, 2003
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By:           #