```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
2

3

4   BAYER AG, et al.,

5        Plaintiffs,              CIVIL NO. 98-1282 (RLA)
                                  CIVIL NO. 98-1340 (RLA)
6        v.                       CIVIL NO. 98-1494 (RLA)
                                  CIVIL NO. 98-1768 (RLA)
7   BIOVAIL LABORATORIES, INC.,   CIVIL NO. 01-1205 (RLA)
    et al.,                       CIVIL NO. 01-1206 (RLA)
8
         Defendants.
9
```

## JUDGMENT

The Stipulation of Dismissal of Bayer and Pfizer's Claims against Biovail and Teva, filed on July 16, 2003 (docket No. **159**) is **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the claims asserted by plaintiffs in the above-captioned proceedings be and the same are hereby **DISMISSED WITHOUT PREJUDICE**. Each party to bear its own costs.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23rd day of July, 2003.

RAYMOND L. ACOSTA
United States District Judge