IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

August 30, 2003

BAYER AG, et al

Plaintiff(s)

vs.                                      CIVIL NO. 98-1282 (RLA)

BIOVAIL LABORATORIES, et al

MINUTES

It appearing that this case was **closed** on July 24, 2003 and inadvertently was left open. The case is hereby **closed** for statistical purposes.

FRANCES RIOS DE MORAN
Clerk of Court

By: /s/ Yelitza Rivera-Buonomo
Yelitza Rivera-Buonomo
Deputy Clerk