# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| BAYER AG, et al., | * | Civil No.: 98-1282 (RLA) |
| | * | Civil No.: 98-1340 (RLA) |
| Plaintiffs, | * | Civil No.: 98-1494 (RLA) |
| | * | Civil No.: 98-1768 (RLA) |
| v. | * | Civil No.: 01-1205 (RLA) |
| | * | Civil No.: 01-1206 (RLA) |
| | * | |
| BIOVAIL LABORATORIES, INC., et al. | * | |
| | * | |
| Defendants. | * | |

## ORDER INSTRUCTING CLERK OF THE COURT
## TO RETURN SEALED DOCUMENTS

At the request of Plaintiffs' counsel, the Court hereby authorizes the return to Plaintiffs' counsel of all sealed pleadings, filed by Plaintiffs, in this case.   The Clerk of the Court shall contact Plaintiffs' counsel (David C. Indiano and/or Alexander H. Bopp)[1] to make arrangements for the return of the appropriate documents.

IT IS SO ORDERED,

San Juan, Puerto Rico, this ²⁶ th day of August, 2003.

RAYMOND L. ACOSTA
United States District Judge

---

[1]Attorneys Indiano and Bopp can be reached, in Puerto Rico, at (787) 754-2323.